IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RELYANCE BANK, as Administrator of
the Estate and Wrongful Death Beneficiaries
of ARSENIO MALDONADO,
FATIMA PENA BHU,
NASTRIN JOSE MALDONADO,
OSLIN MALDONADO, Individually and as
Parent and Next Friend of SHARON MALDONADO                    PLAINTIFFS


v.                              Case No. 4:24-cv-4133


ARGONAUTS LA LLC &
VAZI TRANS INC                                               DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss.  ECF No. 25.  The parties state that they have resolved the claims in this case and move the Court to dismiss this case with prejudice.  Upon consideration, the Court finds that the motion (ECF No. 25) should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 20th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge